■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES RAYMOND, Appellant. [33 NYS3d 769]—Appeal from a judgment of the County Court of Ulster County (Williams Jr., J.), rendered April 25, 2014, convicting defendant upon his plea of guilty of the crime of criminal contempt in the first degree.

Defendant waived indictment and pleaded guilty to a superior court information charging him with criminal contempt in the first degree. As part of his guilty plea, he also waived his right to appeal, both orally and in writing. In accordance with the terms of the plea agreement, he was thereafter sentenced as a second felony offender to 1½ to 3 years in prison. He now appeals.

Appellate counsel seeks to be relieved of her assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Accordingly, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Garry, J.P., Egan Jr., Clark, Mulvey and Aarons, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.